JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

ROBERT N. MICHAELS (PABN 200918)
Special Assistant United States Attorney

    Defense Language Institute – Criminal Law
    1336 Plummer Street, Building 275
    Monterey, CA 93944
    Telephone: (831) 242-4537

Attorneys for Plaintiff

FILED
E-FILING
2008 APR 18 P 1:31
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SALINAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No.: CR-08 00255 PVT |
| Plaintiff, | VIOLATIONS: 18 U.S.C. §13, assimilating California Vehicle Code 12500(a) - Driving a Motor Vehicle Without a License. |
| vs. | |
| MARINO JACOB ROMERO, | |
| Defendant. | |

INFORMATION

The United States Attorney charges:

COUNT ONE: 18 U.S.C. §13, assimilating California Vehicle Code §12500(a) - Driving a Motor Vehicle Without a License.

On or about 3 December 2007, at Fort Hunter Liggett, in the County of Monterey, in the Northern District of California, and within the special maritime and territorial jurisdiction of the United States, the defendant,

MARINO JACOB ROMERO,

1

1  did unlawfully drive a motor vehicle without a valid driver's license, in violation of Title 18,
2  United States Code, Section 13, assimilating California Vehicle Code Section 12500(a), a Class
3  C misdemeanor.

DATED: 4/17/08

JOSEPH P. RUSSONIELLO
United States Attorney

DAVID R. CALLAWAY
Assistant United States Attorney

(Approved as to form: /s/ Robert N. Michaels)
Robert N. Michaels, SAUSA

| ✎AO 257 (Rev. 9/92) | | PER 18 U.S.C. 3170 |
|---|---|---|

CR - 08 00255 PVT FILED

2008 APR 18 P 1:31

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION IN U.S. DISTRICT COURT**

BY: ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT

Name of District Court, and/or Judge/Magistrate Judge Location (City)
Northern District of California

─── DEFENDANT ─── U.S. vs.

▶ MARINO JACOB ROMERO

**OFFENSE CHARGED**

See Attached

E-FILING

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

Address: 330 7th street
King City, CA 93930

Birth Date: (Optional unless a juvenile)

☑ Male   ☐ Alien
☐ Female   (if applicable)

Place of offense: Fort Hunter Liggett, CA

U.S.C. Citation: See attached sheet

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20 ☐ 21 ☐ 40.   Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE JUDGE CASE NO. ▶

**DEFENDANT**

IS *NOT* IN CUSTODY
1) ☐ Has not been arrested, pending outcome of this proceeding
   If not detained, give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☑ Is on Bail or Release from (show District)
   Northern District of California, FHL PD

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges ☐ Fed'l ☐ State
   If answer to (6) is "Yes," show name of institution

Has detainer been filed? ☐ Yes ☐ No   If "Yes," give date filed
Mo. Day Year

DATE OF ARREST ▶

Or ... if Arresting Agency & Warrant were not Federal
Mo. Day Year

DATE TRANSFERRED TO U.S. CUSTODY ⇨

Name and Office of Person Furnishing Information on
THIS FORM: JOSEPH P. RUSSONIELLO
☑ U.S. Att'y   ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Robert N. Michaels, SAUSA

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

Process: Summons for arraignment

To appear before Judge Seeborg on 2 June 2008 at 9:30 am
US District Court, Located at 1000 South Main Street, #214, Salinas, CA 93901

## ATTACHMENT TO PENALTY SHEET
## U.S. v. MARINO JACOB ROMERO

**COUNT ONE:** 18 U.S.C., Section 13, assimilating California Vehicle Code CVC 12500(a) – Driving a motor vehicle without a license.

Penalties:   Mandatory Minimum: N/A

Maximum penalty:
Six months imprisonment
$1,000 fine, or both